■ FRANCES E. COHEN, Respondent, v SHOEL M. COHEN, Appellant.— In a matrimonial action, the defendant husband appeals from so much of a judgment of the Supreme Court, Suffolk County, dated January 30, 1980, as, upon dissolving the parties' marriage, awarded the plaintiff wife alimony and child support in the unallocated sum of $400 per week, and directed that payments thereof be made retroactively to August 27, 1979. Judgment modified, on the facts, by reducing the amount of support to $300 per week. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements, and matter remanded to Special Term for further proceedings consistent herewith. The total support awarded was excessive to the extent indicated. Moreover, although neither party to this dispute has challenged the award of alimony and child support in an unallocated sum, it was error for Special Term to fail to make such allocation. Thus the matter is being remitted so that Special Term may allocate the award between child support and alimony. Lazer, J. P., Gibbons, Gulotta and Cohalan, JJ., concur.

■ FRANCESCO COMAIANNI, Appellant, v UNITED TUBE CORPORATION, Respondent. (And a Third-Party Action.)—Order of the Supreme Court, Kings County, dated June 18, 1979, affirmed insofar as appealed from, without costs or disbursements. No opinion. The physical examination of plaintiff shall proceed at the place designated in the order under review, at a time to be fixed in a written notice of not less than 10 days, to be given by the defendant, or at such other time and place as the parties may agree. The examinations before trial of plaintiff and defendant shall proceed at the place designated in the order under review, at a time to be fixed in a written notice of not less than 10 days, to be given by defendant, or at such other time and place as the parties may agree. The examinations are to be conducted in the order in which the respective notices for examination were served. Defendant's time to serve the notices is extended until 10 days after service upon it of a copy of the order to be made hereon, together with notice of entry thereof. Damiani, J. P., Lazer, Mangano and Gibbons, JJ., concur.